UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:07CV147

| | |
|---|---|
| HOFFMAN ENGINEERING CORP., ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| ) | |
| MICHAEL C. PISCITELLI and SAPPHIRE ) | |
| TECHNICAL SOLUTIONS, L.L.C., ) | |
| ) | |
| Defendants. ) | |

**THIS CAUSE** coming before the Court upon counsel for the Plaintiff's Motion for Admission *Pro Hac Vice* of Cameron G. Shilling. Upon consideration of the motion, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Admission *Pro Hac Vice* of Cameron G. Shilling is **GRANTED**.

**SO ORDERED**.

Signed: May 22, 2007

David C. Keesler
United States Magistrate Judge