UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:07CV147

| | |
|---|---|
| HOFFMAN ENGINEERING CORP., )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>MICHAEL C. PISCITELLI and SAPPHIRE )<br>TECHNICAL SOLUTIONS, L.L.C., )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS CAUSE** coming before the Court upon counsel for the Plaintiff's Motion for Admission *Pro Hac Vice* of Kristin M. Yasenka. Upon consideration of the motion, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Admission *Pro Hac Vice* of Kristin M. Yasenka is **GRANTED**.

**SO ORDERED**.

Signed: May 22, 2007

David C. Keesler
United States Magistrate Judge