UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-cv-147

| | | |
|---|---|---|
| HOFFMAN ENGINEERING CORPORATION, | ) ) | |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| MICHAEL PISCITELLI, and SAPPHIRE TECHNICAL SOLUTIONS, LLC., Defendants. | ) ) ) ) | |

On July 11, 2007, the Undersigned issued an Order (Doc. No. 39) granting the Plaintiff's Motion for Preliminary Injunction (Doc. No. 6) filed on April 11, 2007. The Undersigned mistakenly believed that the Defendant had failed to respond in a timely manner. However, on April 20, 2007, the Magistrate issued a Consent Order for Expedited Discovery that pertained to the Plaintiff's Preliminary Injunction and, inter alia extended the deadline for the Response to August 3, 2007. (Doc. No. 16). On July 3, 2007, the Magistrate issued another extension for the Response until August 24, 2007. (Doc. No 38). The Motion for Preliminary Injunction is, therefore, not yet ripe for the Court's deliberation.

**IT IS, THEREFORE, ORDERED** that the Order granting Preliminary Injunction (Doc. No. 39) is **HEREBY WITHDRAWN.** The parties are to comply with those deadlines set forth by the Magistrate's Order. (Doc. No. 38).

Signed: July 12, 2007

Robert J. Conrad, Jr.
Chief United States District Judge