UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:07-CV-00147-RJC-DCK

|   |   |   |
|---|---|---|
| HOFFMAN ENGINEERING CORP., | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| MICHAEL C. PISCITELLI and SAPPHIRE TECHNICAL SOLUTIONS, L.L.C., | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Second Joint Motion to Amend Consent Order for Expedited Discovery" (Document No. 42) filed August 16, 2007. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and is now ripe for review.

Having fully considered the record and the parties' joint motion for good cause shown, the undersigned will grant the motion.

Plaintiff Hoffman Engineering Corporation, and Defendants Michael C. Piscitelli and Sapphire Technical Solutions, L.L.C. consent to the following amendments to the "Consent Order for Expedited Discovery" (Document No. 16) and the Order on Motion for Extension of Scheduling Deadlines (Document No. 38).

**IT IS, THEREFORE ORDERED** that:

1. All discovery for the purposes of the preliminary injunction shall be complete by **September 21, 2007**;

2. Plaintiff shall file a Supplemental Memorandum in support of Plaintiff's Motion for Preliminary Injunction by **October 5, 2007**;

3. Defendants shall file a response to Plaintiff's Motion for Preliminary Injunction by **October 19, 2007**;

4. Plaintiff shall file a reply to Defendants' response to Plaintiff's Motion for Preliminary Injunction by **October 26, 2007**;

**SO ORDERED.**

Signed: August 20, 2007

David C. Keesler
United States Magistrate Judge