# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:07cv147

| | |
|---|---|
| HOFFMAN ENGINEERING CORPORATION, ) ) ) Plaintiff, ) ) vs. ) ) MICHAEL C. PISCITELLI and ) SAPPHIRE TECHNICAL ) SOLUTIONS, L.L.C., ) ) Defendants. ) ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

By Pre-trial Order and Case Management Plan entered November 7, 2007, the parties were ordered to mediation on or before December 31, 2007. They were also to notify the Court of the results of mediation within seven days thereof. To date, no report has been filed with the Court.

**IT IS, THEREFORE, ORDERED** that on or before five business days from entry of this Order, the parties shall file a report of mediation with the Court.

Signed: January 9, 2008

Martin Reidinger
United States District Judge